UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**STEVIE WAYNE JOHNSON**                                  **CIVIL ACTION**

**VERSUS**                                                **NO. 11-232**

**LYLE W. CAYCE, ET AL.**                                 **SECTION "I" (1)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Stevie Wayne Johnson, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion for summary judgment, Rec. Doc. 8, is **DENIED**.

**IT IS FURTHER ORDERED** that defendants' motion to dismiss, Rec. Doc. 9, is **GRANTED** and that plaintiff's claims are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  7th  day of July, 2011.

**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**